Bobby Saadian, SBN 250377
ADA@wilshirelawfirm.com
Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FARR, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HOBBY LOBBY STORES, INC., an Oklahoma corporation; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 2:19-cv-05949-DMG-ASx <br><br> **NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT

Plaintiff, James Farr ("Plaintiff"), hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: August 17, 2020                    Respectfully Submitted,

                                          */s/ Thiago M. Coelho*
                                          Thiago M. Coelho
                                          Bobby Saadian
                                          **WILSHIRE LAW FIRM**
                                          *Attorneys for Plaintiff and*
                                          *Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1
NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 17, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: August 17, 2020                    */s/ Thiago M. Coelho*
                                          Thiago M. Coelho