1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JAMES FARR, individually and on behalf of all others similarly situated, | Case No.: CV 19-5949-DMG (ASx) |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL OF ACTION [32]** |
| vs. | |
| HOBBY LOBBY STORES, INC., an Oklahoma corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | |

The Court having considered the parties' Stipulation for Dismissal, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is DISMISSED in its entirety. Plaintiff James Farr's individual claims against Defendant Hobby Lobby Stores, Inc., are dismissed with prejudice. Plaintiff's class claims against Defendant are dismissed without prejudice.[1] The parties shall bear their own attorneys' fees and costs.

DATED: September 23, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] Notwithstanding the parties' request for dismissal of the class claims with prejudice, it would be inappropriate to dismiss the claims of the class with prejudice when no class has been certified and no class notice has been given. *See* Fed. R. Civ. P. 23; *Frank v. Gaos*, 139 S. Ct. 1041, 1046 (2019). Plaintiff can and apparently does bind *himself*, however, not to personally assert these same class claims against Defendant.